Matthew Hutchison
KAUFMAN VIDAL HILEMAN ELLINGSON, PC
22 Second Avenue West, Suite 4000
Kalispell, MT 59901
mkh@kvhlaw.com
Telephone: (406) 755-5700
    Attorneys for Plaintiff
    ATLANTIC CASUALTY INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN eVOICE, LTD.,<br>EMERICA MEDIA CORPORATION,<br>FONERIGHT, INC.,<br>GLOBAL VOICE MAIL, LTD.,<br>HEARYOU2, INC.,<br>NETWORK ASSURANCE, INC.,<br>SECURATDAT, INC.,<br>TECHMAX SOLUTIONS, INC.,<br>VOICE MAIL PROFESSIONALS, INC.,<br>STEVEN V. SANN,<br>TERRY D. LANE,<br>A/K/A TERRY D. SANN,<br>NATHAN M. SANN,<br>ROBERT M. BRAACH,<br>TRIDATA SYSTEMS, INC.,<br>BIBLIOLOGIC, LTD., and<br>FEDERAL TRADE COMMISSION,<br><br>    Defendants. | Cause No. 9: 13-CV-00063-DLC<br><br>**NOTICE OF ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS EXCEPT FEDERAL TRADE COMMISSION** |

NOTICE IS HEREBY GIVEN that on October 29, 2013, the above-entitled Court entered its Default Judgment in favor of Plaintiff and against all Defendants, EXCEPT the Federal Trade Commission, in the above-entitled action.  A true and correct copy of the Court's Order is attached to this Notice and is herewith served upon Joshua Van de Wetering, counsel for Defendants Robert M. Braach and Tridata Systems, Inc., by regular mail at the address set out below in the Certificate of Service.

Dated: November 1, 2013.

>                    KAUFMAN VIDAL HILEMAN ELLINGSON, PC
>
>                    By: __/s/ Matthew Hutchison_____
>                        Matthew Hutchison,
>                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, by my signature below, of the law firm of KAUFMAN VIDAL HILEMAN ELLINGSON, PC, do hereby certify that on the 1st day of November, 2013, I served a true and correct copy of the foregoing document upon the persons named below by mailing same by U.S. mail, certified with return receipt requested, addressed as follows:

Joshua Van de Wetering
VAN de WETERING LAW OFFICES, PC
P. O. Box 7575
Missoula, MT 59807

                                    KAUFMAN VIDAL HILEMAN ELLINGSON, PC


                                    By:   /s/ Matthew Hutchison
                                          Matthew Hutchison,
                                          Attorneys for Plaintiff